IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERNEST TERRELL FRIAR, JR.                                                      PLAINTIFF

v.                                    Case No. 6:21-cv-6032

SERGEANT BAKER, *et al.*                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 9, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends that Plaintiff's complaint be dismissed for failure to obey an order of the Court, failure to comply with the Court's Local Rules, and failure to prosecute this case. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of July, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge